UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PEDRO SHERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-02258-RLM-DML |
| | ) | |
| PETER O'ROURKE, | ) | |
| | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

The Court, having this day issued it Opinion and Order directing the entry of judgment, now enters FINAL JUDGMENT and this action is dismissed with prejudice.

Date:  July 24, 2020              /s/ Robert L. Miller, Jr.
                                  Judge, United States District Court.


Roger A.G. Sharpe, Clerk
United States District Court

By: Deputy Clerk


Distribution:

Jackson Taylor Kirklin
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
taylor.kirklin@usdoj.gov

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@stowersandweddle.com